IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDYCAR, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No. 1:16-cv-1274 |
| BOSTON GRAND PRIX, LLC, JOHN CASEY, and MARK PERRONE, | ) ) ) |
| Defendants. | ) ) |

**COMPLAINT FOR DAMAGES AND SPECIFIC PERFORMANCE**

Angela P. Krahulik, Attorney No. 23036-49
Elizabeth Timme, Attorney No. 29306-53
Olga Voinarevich, Attorney No. 32188-45
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282-0200
(317) 236-2100
angela.krahulik@icemiller.com
elizabeth.timme@icemiller.com
olga.voinarevich@icemiller.com

Counsel for Plaintiff INDYCAR, LLC