# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| INDYCAR, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON GRAND PRIX, LLC, JOHN CASEY, ) <br> and MARK PERRONE, ) <br> ) <br> Defendants. ) | Case No. 1:16-cv-1274-TWP-MJD |

## ORDER ON INDYCAR'S MOTION FOR REIMBURSEMENT

This matter comes before the Court on INDYCAR's Motion for Reimbursement for the filing fee of $400.00.

The Court, being duly advised, hereby **GRANTS** the motion and **ORDERS** that a refund of Agency Tracking ID 0756-3903503 of $400 be made to INDYCAR, LLC.

Dated this day: 5/31/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

All counsel of record, by operation of the Court's ECF system

Finance Deputy Clerk

I\10369194.1