UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDYCAR LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-01274-TWP-MJD |
| ) | |
| BOSTON GRAND PRIX, LLC, ) | |
| JOHN CASEY, ) | |
| MARK PERRONE, ) | |
| ) | |
| Defendants. ) | |

**ENTRY ON JURISDICTION**

On May 23, 2016, Plaintiff, Indy Car, LLC, filed a Complaint. (Filing No. 1.) However, the Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case.

The Complaint alleges that the Court has jurisdiction based upon diversity of citizenship. Nevertheless, the Complaint fails to sufficiently allege the citizenship of the parties. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's E. Chi. Casino*, 299 F.3d 616, 617 (7th Cir. 2002). In particular, the Complaint does not sufficiently identify the members of Indy Car, LLC or Boston Grand Prix, LLC; and the Complaint does not adequately allege their citizenship.

To remedy this error, this Court **ORDERS** the Plaintiff to file a supplemental jurisdictional statement to sufficiently establish this Court's jurisdiction over this case. The Plaintiff's statement must accurately identify the members of Indy Car, LLC and Boston Grand Prix, LLC and articulate their citizenship. The Plaintiff's supplemental jurisdictional statement is due **14 days** after the date of this entry.

**SO ORDERED.**

Date: 6/1/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Angela Pease Krahulik
ICE MILLER LLP
krahulik@icemiller.com

Elizabeth N. Johnson Timme
ICE MILLER LLP
elizabeth.timme@icemiller.com

Olga A. Voinarevich
ICE MILLER LLP
olga.voinarevich@icemiller.com