**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDYCAR, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-1274-TWP-MJD |
| | ) |
| BOSTON GRAND PRIX, LLC, JOHN CASEY, | ) |
| and MARK PERRONE, | ) |
| | ) |
| Defendants. | ) |

## INDYCAR'S CORPORATE DISCLOSURE STATEMENT

Comes now the Defendant, INDYCAR, LLC ("INDYCAR"), and, pursuant to Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement:

1. INDYCAR is owned 100% by Hulman Motorsports Corporation, which in turn is owned 100% by Hulman & Company.

2. No publicly held corporation owns 10% or more of the stock of INDYCAR.

Respectfully submitted,

ICE MILLER LLP


*/s/ Elizabeth Timme*
Angela P. Krahulik, Attorney No.23026-49
Elizabeth Timme, Attorney No. 29306-53
Olga Voinarevich, Attorney No. 32188-45

*Counsel for Plaintiff INDYCAR, LLC*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana  46282-0200
(317) 236-2100
angela.krahulik@icemiller.com
elizabeth.timme@icemiller.com
olga.voinarevich@icemiller.com

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed electronically through the ECF/CM system, this 15th day of June, 2016, and served on the following parties by United States Mail, first class postage prepaid:

Jeffrey S. Patterson  
Michael Murphy  
Jason Weida  
K&L Gates LLP  
State Street Financial Center  
One Lincoln Street  
Boston, Massachusetts 02111  

Michael J. Goldberg  
Casner & Edwards LLP  
303 Congress Street  
Boston, Massachusetts 02210  

Mark Perrone  
20 Pineswamp Road  
Ipswich, Massachusetts  01983  

                                *s/Elizabeth Timme*