**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDYCAR LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-01274-TWP-MJD |
| ) | |
| BOSTON GRAND PRIX, LLC, ) | |
| JOHN CASEY, ) | |
| MARK PERRONE, ) | |
| ) | |
| Defendants. ) | |

## ENTRY ON JURISDICTION

On May 23, 2016, Plaintiff, Indy Car, LLC, filed a Complaint which failed to allege all of the facts necessary for the Court to determine whether it has subject matter jurisdiction over this case. In particular, the Complaint did not sufficiently identify the members of Indy Car, LLC or Boston Grand Prix, LLC; and the Complaint did not adequately allege their citizenship. As a result, the Court ordered the Plaintiff to file a supplemental jurisdictional statement to sufficiently establish this Court's jurisdiction over this case. (Filing No. 14.)

On June 15, 2016, the Plaintiff filed a supplemental jurisdiction statement, identifying the members of Indy Car, LLC and Boston Grand Prix, LLC. (Filing No. 19.) However, the Plaintiff's statement noted that the four members of Boston Grand Prix, LLC are also LLCs. (*Id*.) In this regard, the Plaintiff's admitted that they did not know the members of those member LLCs and requested limited discovery to determine their identity and citizenship. (*Id*.) Because this case is based upon diversity jurisdiction, identifying the members of the Defendant LLCs is fundamental to this Court's ability to preside over this case. *See Meyerson v. Harrah's E. Chi. Casino*, 299

F.3d 616, 617 (7th Cir. 2002) (noting that citizenship is the operative consideration for jurisdictional purposes).

As such, this Court **GRANTS** the Plaintiff's request for limited discovery to determine the members of the Defendant, Boston Grand Prix, LLC, and to identify their citizenship for purposes of jurisdiction. The Plaintiffs are **ORDERED** to file a supplemental jurisdictional statement, identifying the members of the Defendant LLC and alleging their citizenship within **30 days** after the date of this entry.

**SO ORDERED.**

Date: 6/20/2016

_____

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Angela Pease Krahulik
ICE MILLER LLP
krahulik@icemiller.com

Elizabeth N. Johnson Timme
ICE MILLER LLP
elizabeth.timme@icemiller.com

Olga A. Voinarevich
ICE MILLER LLP
olga.voinarevich@icemiller.com