UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDYCAR LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-01274-TWP-MJD ) |
| JOHN CASEY, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

For the reasons detailed in the Court's Entry on Damages, the Court now enters **FINAL JUDGMENT** in this action in favor of Plaintiff IndyCar LLC, and against *pro se* Defendant John Casey, for a total amount of $3,926,795.48. This figure includes:

- Contract damages of $3,100,000.00;
- Attorneys' Fees of $335,239.10;
- Costs of $1,850.90;
- Prejudgment interest of $489,205.48; and
- Fraud claim damages of $500.00.

**IT IS SO ORDERED.**

Date: 8/22/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

JOHN CASEY
22 Hood Farm Road
Ipswich, MA 01938

Pamela E. Berman
BOWDITCH & DEWEY, LLP
One International Place, Suite 4410
Boston, MA 02110-2602

Angela Pease Krahulik
ICE MILLER LLP
krahulik@icemiller.com

Elizabeth N. Johnson Timme
ICE MILLER LLP
elizabeth.timme@icemiller.com